CJA 7  
(Rev. 2/84)

LOCATION CODE __1135 GA__

Docket No. __CR205-29__

| U.S.A. vs. BARBARA ARCHIBALD | ORDER TERMINATING APPOINTMENT OF COUNSEL and/or AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS | ☐ Check one or both X |

WHEREAS, __E. JERRELL RAMSEY__ was appointed as counsel for the above defendant/petitioner, on the __31st__ day __of August__, 20 __05__ ; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

☐ ORDERED that the appointment of said counsel is hereby terminated.

X AUTHORIZED/DIRECTED that such funds in the amount of $ __2,000.00__ be paid by said defendant/petitioner or by _____ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

Said Defendant shall pay the sum of $200.00 for ten months to the "Clerk, United States District Court," Brunswick, GA. The first payment will be made on September 10, 2005, with payments due on the 10th day of each succeeding month.

Dated this __31st__ day of __August__, 20 __05__.

_____  
United States Judge/Magistrate

DISTRIBUTION: COURT'S FILE   COURT APPOINTED COUNSEL   PERSON REPRESENTED   CLERK'S FILE