IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 NOV 16 A 10: 52

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 205-29-02 |
| | ) | |
| BARBARA F. ARCHIBALD | ) | |

**ORDER**

The above and foregoing case having come on for jury selection and trial the week of November 7, 2005 and at the conclusion of the government's evidence in the case, a motion was made by the defendant, Barbara F. Archibald, for a judgment of acquittal. After considering all the evidence in the case, the Court grants said motion.

Accordingly, a judgment of acquittal is hereby entered on behalf of the defendant, Barbara F. Archibald.

SO ORDERED this 16 day of November, 2005.

ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA